## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diane J. Boyle<br>James M. Boyle Jr.<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 15-20364 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Seterus Inc. as Servicer for Federal National Mortgage Association ("FNMA"), and index same on the master mailing list.

Re: Loan # Ending In: 7091

                                                 Respectfully submitted,

                                                 **/s/ Joshua I. Goldman, Esquire**
                                                 Joshua I. Goldman, Esquire
                                                 jgoldman@kmllawgroup.com
                                                 Attorney I.D. No. 205047
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106
                                                 Phone: 215-825-6306
                                                 Fax: 215-825-6406
                                                 Attorney for Movant/Applicant