**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-20364-GLT |
| James M. Boyle and | ) |
| Diane J. Boyle, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Federal National Mortgage Association, | ) |
| **Movant,** | ) **Related Claim No.** 8 |
| **vs.** | ) |
| James M. Boyle and | ) **Related Document No.** 139-137 |
| Diane J. Boyle, | ) |
| **Respondents.** | ) **Document No.** |

### AMENDED CERTIFICATE OF SERVICE OF
### Declaration that the Existing Chapter 13 Plan is Sufficient

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 30, 2016

**Service by First Class Mail**:

Mr. and Mrs. James Boyle, 3105 Deerwood Drive, Allison Park, PA  15101

**Service by NEF**:

Office of the U.S. Trustee, 1001 Liberty Avenue, Suite #970, Liberty Center, Pittsburgh, PA 15222

Federal National Mortgage Association, Joshua I Goldman, Esquire, KML Law Group. P.C. 701 Market Street, Suite 5000, Philadelphia, PA 19106

Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com (Service by Electronic Notification)

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 30, 2016

/s/ David Z. Valencik
**David Z. Valencik, Esquire, PA ID #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**