# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| JAMES BOYLE | : | Bankruptcy No. 15-20364-GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| BMO Harris Bank N.A. | : | Related to Proof of Claim # 2-1 |
| Movant | : | |
| | : | |
| RONDA J. WINNECOUR, TRUSTEE | : | |

### CERTIFICATE OF SERVICE OF AMENDED PROOF OF CLAIM

I, Keri P. Ebeck, certify under penalty of perjury that I served the above captioned Amended Proof of Claim on the parties at the addresses below, on  September 28  , 2017. The type of service was by First Class mail.

The total number of parties served was  3         .

JAMES BOYLE
3105 Deerwood Dr
Allison Park PA 15101


U.S. Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219


EXECUTED ON:  September 28  , 2017              By:    Keri P. Ebeck