# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| JAMES M. BOYLE | : | Bankruptcy No. 15-20364-GLT |
| | | |
| DIANE J. BOYLE | : | Chapter 13 |
| Debtor(s) | : | |
| BMO Harris Bank N.A. | : | Related to Proof of Claim # 2-1 |
| | | |
| Movant | : | |
| | : | |
| Ronda J. Winnecour, TRUSTEE | : | |

## AMENDED CERTIFICATE OF SERVICE OF AMENDED PROOF OF CLAIM

I, Keri P. Ebeck, certify under penalty of perjury that I served the above captioned Amended Proof of Claim on the parties at the addresses below, on September 29, 2017. The type of service was by First Class mail.

The total number of parties served was 4.

JAMES M. BOYLE
3105 Deerwood Dr
Allison Park PA 15101

DIANE J. BOYLE
3105 Deerwood Dr
Allison Park PA 15101

U.S. Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, 600 Grant Street, USX Tower, Suite 3250, Pittsburgh PA 15219

EXECUTED ON: September 29, 2017                    By:    Keri P. Ebeck