WPAB FORM 7 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) **Bankruptcy No.** 15-20364-GLT |
| | ) |
| James M. Boyle Jr. | ) |
| Diane J. Boyle | ) **Chapter** 13 |
| **Debtor** | ) **Related to Docket No.** 152-153 |
| | ) |
| | ) **Conciliation Conf.:** 08/09/2018 3:00 p.m. |
| | ) |
| | ) **Objection Date:** 07/26/2018 |
| | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Order and Notice of Proposed Plan Modification to Confirmed Plan and the Amended Plan Dated June 22, 2018.**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 26, 2018

**MAILING MATRIX**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First-Class Mail**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

EXECUTED ON: 06/26/2018         /s/ David Z. Valencik  _____
                                Signature
                                Calaiaro Valencik_____
                                Typed Name
                                428 Forbes Ave., Suite 900, Pittsburgh, PA 15219
                                Address
                                (412) 232-0930         dvalencik@c-vlaw.com
                                Phone No. and E-mail Address
                                PA I.D.  #308361_____
                                List Bar I.D. and State of Admission