**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 15-20364 GLT |
| James M. Boyle, Jr. and | ) |
| Diane J. Boyle, | ) **Chapter** 13 |
| **Debtors.** | ) |
| Standing Chapter 13 Trustee and | ) |
| James M. Boyle, Jr., | ) **Related Document No.** 164 |
| **Movants,** | ) |
| vs. | ) |
| UPMC, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number
and the Wage Attachment Order dated August 17, 2018**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 20, 2018.

**Service by First Class Mail**:
UPMC, Attn: Payroll Department, US Steel Building, 56th Floor, 600 Grant Street, Pittsburgh, PA 15219
James M. Boyle, Jr., 3105 Deerwood Drive, Allison Park, PA 15101

**Service by NEF**:
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA 15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First-Class Mail or Electronic Notification**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** August 20, 2018  **BY:**     /s/ Donald R. Calaiaro_____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**     /s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**BY:**     /s/ Michael Kaminski_____

**Michael Kaminski, Esquire,   PA I.D. 53493**
**mkaminski@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 15-20364 GLT |
| James M. Boyle, Jr. and | ) |
| Diane J. Boyle, | ) **Chapter** 13 |
| **Debtors.** | ) |
| Standing Chapter 13 Trustee and | ) |
| James M. Boyle, Jr., | ) **Related Document No.** 164 |
| **Movants,** | ) |
| vs. | ) |
| UPMC, | ) |
| **Respondent.** | ) **Document No.** |

**NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

Name of employer or other party subject to wage attachment: **UPMC**

Debtor's name: **James M. Boyle, Jr.**

Debtor's nine digit social security number: **xxx-xx-3797** (full number on Notification to Employer)

Debtor's address: **3105 Deerwood Drive, Allison Park, PA 15101**

**Dated:** August 20, 2018

**BY:**     /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**     /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**BY:**     /s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
mkaminski@c-vlaw.com
**CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930**