**Allegheny County**
**Jerry Tyskiewicz**
Department of Real Estate
Pittsburgh, PA 15219

**** **Electronically Filed Document** ****

---

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT\*\***

Document Number:   2019-12848
Recorded As:       ERX-MORTGAGE ASSIGNM
Recorded On:       March 05, 2019
Recorded At:       02:01:16 pm
Number of Pages:   3
Book-Vl/Pg:        Bk-M   Vl-50291   Pg-37
Recording Fee:     $166.75
Parties:
   M T G L Q INVESTORS L P
   WILMINGTON TRUST N A TRSTE
Receipt Number:    3548172
Processed By:      Maureen Ward-Davis

I hereby certify that the within and foregoing was recorded in the Department of Real Estate's Office in Allegheny County, PA

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT\*\***



Jerry Tyskiewicz, Director
Rich Fitzgerald, County Executive

Doc-12848

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MTGLQ INVESTORS, L.P.**, whose address is **2001 ROSS AVENUE SUITE 2800, DALLAS, TEXAS 75201**, (ASSIGNOR), does hereby grant, assign and transfer to **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2015-1**, whose address is **C/O MFRESIDENTIAL ASSETS I, LLC, 350 PARK AVENUE 20TH FLOOR, NEW YORK, NY 10022**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 1/30/2004
Original Loan Amount: $118,750.00
Executed by (Borrower(s)): **JAMES M. BOYLE, JR. & DIANE J. SCHMIDT**
Original Lender: **ABN AMRO MORTGAGE GROUP, INC.**
Filed of Record: In Book/Liber/Volume M 27099, Page 204,
Document/Instrument No: 2004-31365 in the Recording District of **ALLEGHENY, PA**, Recorded on 2/11/2004.
**MUNICIPALITY: TOWNSHIP OF SHALER**

Property more commonly described as: **3105 DEERWOOD DRIVE, ALLISON PARK, PENNSYLVANIA 15101**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **FEB 12 2019**

**MTGLQ INVESTORS, L.P.**

By: **BETSY HANSON**
Title: **VICE PRESIDENT**

Witness Name:  Allen Herrington

I hereby certify the precise address of the within named **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2015-1** (*Assignee*) is **C/O MFRESIDENTIAL ASSETS I, LLC, 350 PARK AVENUE 20TH FLOOR, NEW YORK, NY 10022.**

D. Boyu

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of        **TEXAS**
County of       **DALLAS**

On __**FEB 1 2 2019**__, before me, Danielle Bolin _____, a Notary Public, personally appeared **BETSY HANSON, VICE PRESIDENT of/for MTGLQ INVESTORS, L.P.**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **TEXAS** that the foregoing paragraph is true and correct. I further certify BETSY HANSON, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

*Danielle Bolin* (signature)

(Notary Name): _____**Danielle Bolin**_____
My commission expires: __**NOV 1 1 2019**__

```
DANIELLE BOLIN
Notary Public, State of Texas
Comm. Expires 11-11-2019
Notary ID 130437026
```

**Allegheny County**
**Jerry Tyskiewicz**
Department of Real Estate
Pittsburgh, PA 15219

**** **Electronically Filed Document** ****

---

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT\*\***

Document Number:  2019-7492
Recorded As:      ERX-MORTGAGE ASSIGNM
Recorded On:      February 06, 2019
Recorded At:      01:25:41 pm
Number of Pages:  4
Book-Vl/Pg:       Bk-M  Vl-50216  Pg-61
Recording Fee:    $166.75
Parties:
    FEDERAL NATL MTG ASN
    M T G L Q INVESTORS L P
Receipt Number:   3537486
Processed By:     Theresa Greil

I hereby certify that the within and foregoing was recorded in the Department of Real Estate's Office in Allegheny County, PA

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT\*\***



Jerry Tyskiewicz, Director
Rich Fitzgerald, County Executive

**Prepared By:**
Dave LaRose/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
Fannie Mae
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683



## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 5600 GRANITE PKWY., BUILDING VII, PLANO, TX 75024, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **MTGLQ INVESTORS, L.P., WHOSE ADDRESS IS 2001 ROSS AVENUE, DALLAS, TX 75201 (212)902-1000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 01/30/2004, in the amount of $118,750.00 made by **JAMES M. BOYLE, JR. AND DIANE J. SCHMIDT** to **ABN AMRO MORTGAGE GROUP, INC.** recorded on 02/11/2004, in the Office of the Recorder of Deeds of **ALLEGHENY** County, in the State of **Pennsylvania**, in **Vol 27099 and Page 204**.

Property is more commonly known as: 3105 DEERWOOD DRIVE TWP OF SHALER, ALLISON PARK, PA 15101.

See Exhibit attached for Assignments, Modifications etc.

**Dated this 06th day of February in the year 2019**
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, by NATIONWIDE TITLE CLEARING, INC., its Attorney-in-Fact (POA RECORDED: 06/21/2017 INSTR: 2017-945 BK: 802 PG: 077)**

By: *Angela Pavao*
ANGELA PAVAO
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

   

*D0035310580*



STATE OF FLORIDA  COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 06th day of February in the year 2019, by Angela Pavao as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**JULIE MARTENS**
**COMM EXPIRES: 5/22/2022**

JULIE MARTENS
Notary Public - State of Florida
Commission # GG 221059
My Comm. Expires May 22, 2022
Bonded through National Notary Assn.

Assignment of Mortgage from:
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 5600 GRANITE PKWY., BUILDING VII, PLANO, TX 75024, (ASSIGNOR),**
to:
**MTGLQ INVESTORS, L.P., WHOSE ADDRESS IS 2001 ROSS AVENUE, DALLAS, TX 75201 (212)902-1000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**
Mortgagor: **JAMES M. BOYLE, JR. AND DIANE J. SCHMIDT**
All that certain lot or piece of ground situated in
Mortgage Premise: 3105 DEERWOOD DRIVE TWP OF SHALER
ALLISON PARK, PA 15101
ALLEGHENY
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

**Certificate of Residence**

I, **Angela Pavao**, do certify that the precise address of the within named Assignee is:
**MTGLQ INVESTORS, L.P., WHOSE ADDRESS IS 2001 ROSS AVENUE, DALLAS, TX 75201 (212)902-1000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

**ANGELA PAVAO**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.




*D0035310580*

15-20364 - GLT

## 'EXHIBIT A'

Assignments, Modifications, Consolidations Exhibit

Assignment: CITIMORTGAGE, INC. SUCCESSOR BY MERGER TO ABN AMRO MORTGAGE GROUP, INC. TO FEDERAL NATIONAL MORTGAGE ASSOCIATION DATED 02-14-2014. REC: 02-18-2014 BK 43618 PG 286

