# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JAMES M. BOYLE, JR.<br>DIANE J. BOYLE<br><br>  Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>  Movant<br>  vs.<br>BMO HARRIS BANK NA<br><br>  Respondents | Case No. 15-20364GLT<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

NO PROOF OF FILING OF SATISFACTION SUPPLIED.

BMO HARRIS BANK NA    Court claim# 2/Trustee CID# 4
ATTN RETAIL COLLECTIONS - BRK-180-RC
770 N WATER ST
MILWAUKEE, WI 53202-3593

The Movant further certifies that on 10/25/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>JAMES M. BOYLE, JR., DIANE J. BOYLE, 3105 DEERWOOD DRIVE, ALLISON PARK, PA  15101 | ORIGINAL CREDITOR:<br>BMO HARRIS BANK NA, ATTN RETAIL COLLECTIONS - BRK-180-RC, 770 N WATER ST, MILWAUKEE, WI 53202-3593 |
| DEBTOR'S COUNSEL:<br>DONALD R CALAIARO ESQ, CALAIARO VALENCIK, 938 PENN AVE STE 501, PITTSBURGH, PA 15222-3708 | |
| NEW CREDITOR: | |