# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

12/13/2019

IN RE:

JAMES M. BOYLE, JR.
DIANE J. BOYLE
3105 DEERWOOD DRIVE
ALLISON PARK,  PA  15101
XXX-XX-3797          Debtor(s)

XXX-XX-2698

Case No.15-20364 GLT

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/13/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:6 | ACCOUNT NO.:  2698 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  86.89 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

---

| | | |
|---|---|---|
| **SHALER ASD & SHALER TWP (EIT)** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O KEYSTONE CLLCTNS GRP - DLNQ  CLLCTR | Court Claim Number:1 | ACCOUNT NO.:  2698 |
| 546 WENDEL RD | | |
| | CLAIM:  0.00 | |
| IRWIN, PA  15642 | COMMENT:  2698;07-09*1343.06/CL-PL*W/13,16*PIF/CR | |

---

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:3  INT %: 6.25% | CRED DESC:  VEHICLE |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:3-2 | ACCOUNT NO.:  1326 |
| PO BOX 78367 | | |
| | CLAIM:  1,858.53 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  PMTS PROPER/CONF*AMD CL=0*W/22 | |

---

| | | |
|---|---|---|
| **BMO HARRIS BANK NA** | Trustee Claim Number:4  INT %: 5.75% | CRED DESC:  MORTGAGE PAID IN FULL |
| ATTN RETAIL COLLECTIONS - BRK-180-RC | Court Claim Number:2-2 | ACCOUNT NO.:  3105 |
| 770 N WATER ST | | |
| | CLAIM:  17,492.25 | |
| MILWAUKEE, WI  53202-3593 | COMMENT:  19532.37/CL-PL@5.75%/PL*M AND T BANK/SCH*2ND*AMD*PIF/CR/LTR*STSFCTN 11 | |

---

| | | |
|---|---|---|
| **WILMINGTON TRUST NA - TRUSTEE** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O PLANET HOME LENDING LLC | Court Claim Number:8 | ACCOUNT NO.:  6879 |
| 321 REASEARCH PKWY STE 303 | | |
| | CLAIM:  0.00 | |
| MERIDEN, CT  06450 | COMMENT:  PMT/DECL*DK4LMT*1ST*BGN 3/15*FR FNMA-DOC 171 | |

---

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 248872 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73124-8872 | COMMENT:  NO$~DISPUTED/SCH | |

---

| | | |
|---|---|---|
| **ATLANTIC CREDIT & FINANCE INC** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 13386 | Court Claim Number: | ACCOUNT NO.:  2304 |
| | CLAIM:  0.00 | |
| ROANOKE, VA  24033-3386 | COMMENT:  NT ADR/SCH*JUDGMENT*DISPUTED | |

---

| | | |
|---|---|---|
| **ECMC(*)** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:5 | ACCOUNT NO.:  2698 |
| PO BOX 16478 | | |
| | CLAIM:  23,750.81 | |
| ST PAUL, MN  55116-0478 | COMMENT:  NO$/SCH | |

---

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| CHICAGO, IL  60677-2813 | COMMENT:  NO$~DISPUTED/SCH | |

---

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7 | ACCOUNT NO.:  2758 |
| POB 10587 | | |
| | CLAIM:  5,204.96 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  3901~DISPUTED/SCH*CITIBANK/THD | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: 2109 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: JUDGMENT*DISPUTED | |

| | | |
|---|---|---|
| **PALISADES ACQUISITION/PALISADES CLLCTNS** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O VATIV RCVRY SOLUTIONS LLC*/PALISADES | Court Claim Number: | ACCOUNT NO.: |
| POB 40728 | | |
| | CLAIM: 0.00 | |
| HOUSTON, TX 77240 | COMMENT: NO$~DISPUTED/SCH | |

| | | |
|---|---|---|
| **SHALER ASD & SHALER TWP (EIT)** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR | Court Claim Number:1 | ACCOUNT NO.: 3797 |
| 546 WENDEL RD | | |
| | CLAIM: 0.00 | |
| IRWIN, PA 15642 | COMMENT: 3797;04,07-09*2361/CL-PL*W/2,16*PIF/CR | |

| | | |
|---|---|---|
| **BMO HARRIS BANK NA** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: MORTGAGE PAID IN FULL |
| ATTN RETAIL COLLECTIONS - BRK-180-RC | Court Claim Number:2-2 | ACCOUNT NO.: 3105 |
| 770 N WATER ST | | |
| | CLAIM: 0.00 | |
| MILWAUKEE, WI 53202-3593 | COMMENT: PIF@CID-4*AMD*2ND | |

| | | |
|---|---|---|
| **S JAMES WALLACE ESQ** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 845 NORTH LINCOLN AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15233 | COMMENT: PEOPLES GAS/PRAE | |

| | | |
|---|---|---|
| **SHALER ASD & SHALER TWP (EIT)** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O TAX COLLECTOR - PRE 2012 YRS | Court Claim Number:1 | ACCOUNT NO.: 3797 |
| 300 WETZEL RD | | |
| | CLAIM: 0.00 | |
| GLENSHAW, PA 15116 | COMMENT: 2698;04,07-09*NO GEN UNS/SCH*W/2,13*CL=1082.71*PIF/CR | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:4 | ACCOUNT NO.: 3803 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 96.07 | |
| PITTSBURGH, PA 15212 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **WILMINGTON TRUST NA - TRUSTEE** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O PLANET HOME LENDING LLC | Court Claim Number:8 | ACCOUNT NO.: 6879 |
| 321 REASEARCH PKWY STE 303 | | |
| | CLAIM: 28,470.74 | |
| MERIDEN, CT 06450 | COMMENT: $/CL-PL*1ST*THRU 2/15*FR FNMA-DOC 171 | |

| | | |
|---|---|---|
| **ANDREW F GORNALL ESQ** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: FEDERAL NATIONAL MORTGAGE/PRAE | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| PO BOX 961278 | Court Claim Number:9 | ACCOUNT NO.: 9911 |
| | CLAIM: 0.00 | |
| FT WORTH, TX 76161 | COMMENT: CL9GOV@LTCD*404.59x(54 REM+2)=LMT*BGN 8/15*DK | |

**CLAIM RECORDS**

| WILMINGTON TRUST NA - TRUSTEE | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| C/O PLANET HOME LENDING LLC | Court Claim Number:8 | ACCOUNT NO.:  6879 |
| 321 REASEARCH PKWY STE 303 | | |
| | CLAIM:  475.00 | |
| MERIDEN, CT  06450 | COMMENT:  $/PL*NTC-POSTPET FEE/EXP*REF CL*W/18*FR FNMA-DOC 171 | |

| ALLY FINANCIAL(*) | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:3-2 | ACCOUNT NO.:  1326 |
| PO BOX 78367 | | |
| | CLAIM:  4,873.69 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  DFNCY BAL*AMD*W/3 | |