**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/16/20 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JAMES M. BOYLE, JR.<br>DIANE J. BOYLE<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  JAMES M. BOYLE, JR.<br>DIANE J. BOYLE<br><br>        Respondents | Case No.15-20364GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 188 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   16th   day of   March 2020,   it is hereby ORDERED, ADJUDGED, and DECREED that,

Forberg Scientific Inc
Attn: Payroll Manager
2719 Industrial Row Dr
Troy, MI 48084

is hereby ordered to immediately terminate the attachment of the wages of DIANE J. BOYLE, social security number XXX-XX-2698.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DIANE J. BOYLE.

BY THE COURT:

_____
jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James M. Boyle, Jr.
Diane J. Boyle
    Debtors

Case No. 15-20364-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy        Page 1 of 2        Date Rcvd: Mar 16, 2020
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.
db/jdb      +James M. Boyle, Jr.,   Diane J. Boyle,   3105 Deerwood Drive,   Allison Park, PA 15101-3937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   Federal National Mortgage Association (FNMA) andygornall@latouflawfirm.com
        Brett A. Solomon   on behalf of Creditor   Ally Financial bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
        David Z. Valencik   on behalf of Debtor James M. Boyle, Jr. dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
        David Z. Valencik   on behalf of Joint Debtor Diane J. Boyle dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
        Donald R. Calaiaro   on behalf of Joint Debtor Diane J. Boyle dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
        Donald R. Calaiaro   on behalf of Debtor James M. Boyle, Jr. dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
        Heather Stacey Riloff   on behalf of Creditor   Federal National Mortgage Association heather@mvrlaw.com, Michelle@mvrlaw.com
        Heather Stacey Riloff   on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com, Michelle@mvrlaw.com
        James Warmbrodt   on behalf of Creditor   Federal National Mortgage Association bkgroup@kmllawgroup.com
        James P. Valecko   on behalf of Creditor   BMO Harris Bank, N.A. jvalecko@weltman.com, PitEcf@weltman.com
        Jeniece D. Davis   on behalf of Creditor   Federal National Mortgage Association (FNMA) jeniece@mvrlaw.com, bonnie@mvrlaw.com
        Joshua I. Goldman   on behalf of Creditor   Federal National Mortgage Association (FNMA) bkgroup@kmllawgroup.com
        Lorraine Gazzara Doyle   on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com, diane@mvrlaw.com
        Mark B. Peduto   on behalf of Joint Debtor Diane J. Boyle mpeduto@c-vlaw.com
        Mark B. Peduto   on behalf of Debtor James M. Boyle, Jr. mpeduto@c-vlaw.com
        Michael J Shavel   on behalf of Creditor   Wilmington Trust, National Association, et al mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Peter J. Ashcroft   on behalf of Creditor   School District and Township of Shaler (EIT) pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

```
District/off: 0315-2           User: culy                 Page 2 of 2             Date Rcvd: Mar 16, 2020
                               Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                  TOTAL: 22