## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-20364-GLT |
| | ) |
| James M. Boyle, Jr. and | ) **Chapter** 13 |
| Diane J. Boyle, | ) |
| **Debtors.** | ) **Document No.** |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   ***The Debtor is not required to pay any Domestic Support Obligations.***

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On ***December 26, 2018***, at ***Docket No. 168***, the Debtor Diane J. Boyle complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form. On ***January 11, 2019***, at ***Document No. 170***, the Debtor James M. Boyle, Jr. complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): ***Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.***

**Dated:** April 13, 2020     **BY:**     /s/ David Z. Valencik
                              **David Z. Valencik, Esquire, PA I.D. #308361**
                              <dvalencik@c-vlaw.com>

                              **CALAIARO VALENCIK**
                              **938 Penn Avenue, Suite 501**
                              **Pittsburgh, PA  15222-3708**
                              **(412) 232-0930**

**PAWB Local Form 24 (07/13)**