Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **James M. Boyle Jr.** : | Case No. 15−20364−GLT |
| **Diane J. Boyle** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 193 |
| v. : | |
| **No Respondents** : | Hearing Date: 7/15/20 at 11:00 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

   *AND NOW,* this *The 28th of April, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 193 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1) *On or before June 12, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *July 15, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 15-20364-GLT
James M. Boyle, Jr.                                                     Chapter 13
Diane J. Boyle
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 3                   Date Rcvd: Apr 28, 2020
                               Form ID: 604                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db/jdb         +James M. Boyle, Jr.,    Diane J. Boyle,    3105 Deerwood Drive,    Allison Park, PA 15101-3937
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +Wilmington Trust, National Association, et al,    c/o Planet Home Lending, LLC,
                 321 Research Parkway,    Meriden, CT 06450-8301
14005829       +Amy F Doyle, Esq.,    204 Saint Charles Way,    Unit E #177,    York, PA 17402-4646
14005830       +Atlantic Credit & Finance Inc,    2727 Franklin Road,    Roanoke, VA 24014-1011
14007589       +BMO Harris Bank N.A.,    ATTN: BRK-180-RC,    770 N Water St,    Milwaukee WI 53202-0002
14700628        BMO Harris Bank, N.A.,    P.O. Box 2035,    Milwaukee, WI 53201-2035
14113263       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
14005831        ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
13991095       +FNMA,    14523 South Millikan Way,    Ste 200,    Beaverton, OR 97005-2352
14076797       +Federal National Mortgage Association (FNMA),    Seterus Inc,    14523 SW Miliken Way,
                 Suite 200,    Beaverton, OR 97005-2352
14005833       +Frederic I Weinberg, Esq.,    1001 East Hector Street,    Suite 220,
                 Conshohocken, PA 19428-2395
13991096       +KML LAW GROUP, PC,    Ste 5000,    BNY MELLON Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14005838       +Midland Funding LLC,    4660 Trindle Road,    Camp Hill, PA 17011-5610
14017221       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13991097       +Peter Ashcroft, Esq.,    Bernstein Burkley,    707 Grant Street,    Ste 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
14005841       +Philip C Warholic, Esq,    Capozzi & Assoc, PC,    PO Box 5866,    Harrisburg, PA 17110-0866
13991099      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Seterus,     PO BOX 2008,    Grand Rapids, MI 49501-2008)
14004445       +School District and Township of Shaler (EIT),    Attn: Kathleen Golembiewski,    300 Wetzel Road,
                 Glenshaw, PA 15116-2280
13991098       +Scool District & Township of Shaler,    300 Wetzel Road,    Glenshaw, PA 15116-2280
14005844       +US Department of Education,    400 Maryland Avenue SW,    Washington, DC 20202-0001
14986225       +Wilmington Trust, National Association,    c/o Planet Home Lending,
                 321 Research Pkwy, Suite 303,    Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13991094       +E-mail/Text: ally@ebn.phinsolutions.com Apr 29 2020 03:21:49     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14005828        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 03:32:34      American InfoSource LP,
                 PO BOX 269093,    Oklahoma City, OK 73126-9093
14067398       +E-mail/Text: kburkley@bernsteinlaw.com Apr 29 2020 03:22:48     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14005834        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 29 2020 03:22:33     Jefferson Capital Systems, LLC,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
14005836       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 03:32:31      LVNV Funding LLC,
                 c/o RCS, LP,    15 South Main Street,    Greenville, SC 29601-2743
14073060        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 03:34:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14005839        E-mail/Text: ebn@vativrecovery.com Apr 29 2020 03:22:00     Palisades Acquisition IX, LLC,
                 c/o Viativ Recovery Solutions LLC,    PO Box 40728,    Houston, TX 77240-0728
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BMO Harris Bank, N.A.
cr              Duquesne Light Company
cr              Federal National Mortgage Association (FNMA)
cr              School District and Township of Shaler (EIT)
cr              Wilmington Trust, National Association, not in its
14005827*      +Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
14005832*      +FNMA,    14523 South Millikan Way,    Ste 200,    Beaverton, OR 97005-2352
14005835*      +KML LAW GROUP, PC,    Ste 5000,    BNY MELLON Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14005840*      +Peter Ashcroft, Esq.,    Bernstein Burkley,    707 Grant Street,    Ste 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
14005843*     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Seterus,     PO BOX 2008,    Grand Rapids, MI 49501-2008)
14005842*      +Scool District & Township of Shaler,    300 Wetzel Road,    Glenshaw, PA 15116-2280
```

```
District/off: 0315-2          User: jhel              Page 2 of 3            Date Rcvd: Apr 28, 2020
                              Form ID: 604            Total Noticed: 31
```

```
14005837      ##M & I Bank,   11548 W. Theodore Trecker Way,   Milwaukee, WI 53214-1142
                                                                         TOTALS: 5, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              David Z. Valencik    on behalf of Debtor James M. Boyle, Jr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Diane J. Boyle dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor James M. Boyle, Jr. dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Diane J. Boyle dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com,
               Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    BMO Harris Bank, N.A. jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Joshua I. Goldman    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               bkgroup@kmllawgroup.com
              Lorraine Gazzara Doyle    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com,
               diane@mvrlaw.com
              Mark B. Peduto    on behalf of Debtor James M. Boyle, Jr. mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
              Mark B. Peduto    on behalf of Joint Debtor Diane J. Boyle mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
              Michael J Shavel    on behalf of Creditor    Wilmington Trust, National Association, et al
               mshavel@hillwallack.com,   skenny@hillwallack.com;lharkins@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    School District and Township of Shaler (EIT)
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2          User: jhel                Page 3 of 3              Date Rcvd: Apr 28, 2020
                              Form ID: 604              Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 22