**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JAMES M. BOYLE, JR.
DIANE J. BOYLE
       Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:15-20364

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 02/04/2015  and confirmed on 6/26/15 .  The case was subsequently             Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 167,085.89 |
| Less Refunds to Debtor | 3,233.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 163,852.32 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 6,943.45 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,443.45 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON TRUST NA - TRUSTEE | 0.00 | 72,877.01 | 0.00 | 72,877.01 |
|     Acct: 6879 | | | | |
|   WILMINGTON TRUST NA - TRUSTEE | 28,470.74 | 28,470.74 | 0.00 | 28,470.74 |
|     Acct: 6879 | | | | |
|   ALLY FINANCIAL(*) | 1,858.53 | 1,858.53 | 323.84 | 2,182.37 |
|     Acct: 1326 | | | | |
|   BMO HARRIS BANK NA | 17,492.25 | 17,492.25 | 2,972.62 | 20,464.87 |
|     Acct: 3105 | | | | |
|   BMO HARRIS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3105 | | | | |
| | | | | 123,994.99 |
| **Priority** | | | | |
|   DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M. BOYLE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M. BOYLE, JR. | 3,233.57 | 3,233.57 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK B PEDUTO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHALER ASD & SHALER TWP (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2698 | | | | |
|   SHALER ASD & SHALER TWP (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3797 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHF | 0.00 | 22,657.04 | 0.00 | 22,657.04 |
|     Acct: 9911 | | | | |
|   WILMINGTON TRUST NA - TRUSTEE | 475.00 | 475.00 | 0.00 | 475.00 |
|     Acct: 6879 | | | | |
| | | | | 23,132.04 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    DUQUESNE LIGHT COMPANY* | 86.89 | 16.05 | 0.00 | 16.05 |
|      Acct: 2698 | | | | |
|    AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2304 | | | | |
|    ECMC(*) | 23,750.81 | 4,386.60 | 0.00 | 4,386.60 |
|      Acct: 2698 | | | | |
|    JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 5,204.96 | 961.32 | 0.00 | 961.32 |
|      Acct: 2758 | | | | |
|    MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2109 | | | | |
|    PALISADES ACQUISITION/PALISADES CL | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    SHALER ASD & SHALER TWP (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 3797 | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 96.07 | 17.74 | 0.00 | 17.74 |
|      Acct: 3803 | | | | |
|    ALLY FINANCIAL(*) | 4,873.69 | 900.13 | 0.00 | 900.13 |
|      Acct: 1326 | | | | |
|    S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
| | | | | 6,281.84 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 153,408.87 |

| TOTAL | |
|---|---:|
| CLAIMED | 475.00 |
| PRIORITY | 47,821.52 |
| SECURED | 34,012.42 |

Date: 04/27/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JAMES M. BOYLE, JR.<br>    DIANE J. BOYLE<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:15-20364<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                      BY THE COURT:

                                                                        _____
                                                                        U.S. BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                        Case No. 15-20364-GLT
James M. Boyle, Jr.                                           Chapter 13
Diane J. Boyle
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Apr 28, 2020
                              Form ID: pdf900         Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db/jdb         +James M. Boyle, Jr.,    Diane J. Boyle,    3105 Deerwood Drive,    Allison Park, PA 15101-3937
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +Wilmington Trust, National Association, et al,    c/o Planet Home Lending, LLC,
                 321 Research Parkway,    Meriden, CT 06450-8301
14005829       +Amy F Doyle, Esq.,    204 Saint Charles Way,    Unit E #177,    York, PA 17402-4646
14005830       +Atlantic Credit & Finance Inc,    2727 Franklin Road,    Roanoke, VA 24014-1011
14007589       +BMO Harris Bank N.A.,    ATTN: BRK-180-RC,    770 N Water St,    Milwaukee WI 53202-0002
14700628        BMO Harris Bank, N.A.,    P.O. Box 2035,    Milwaukee, WI 53201-2035
14113263       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
14005831        ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
13991095       +FNMA,   14523 South Millikan Way,    Ste 200,   Beaverton, OR 97005-2352
14076797       +Federal National Mortgage Association (FNMA),    Seterus Inc,   14523 SW Miliken Way,
                 Suite 200,    Beaverton, OR 97005-2352
14005833       +Frederic I Weinberg, Esq.,    1001 East Hector Street,    Suite 220,
                 Conshohocken, PA 19428-2395
13991096       +KML LAW GROUP, PC,    Ste 5000,    BNY MELLON Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14005838       +Midland Funding LLC,    4660 Trindle Road,    Camp Hill, PA 17011-5610
14017221       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13991097       +Peter Ashcroft, Esq.,    Bernstein Burkley,    707 Grant Street,    Ste 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
14005841       +Philip C Warholic, Esq,    Capozzi & Assoc, PC,    PO Box 5866,    Harrisburg, PA 17110-0866
13991099       ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Seterus,      PO BOX 2008,    Grand Rapids, MI 49501-2008)
14004445       +School District and Township of Shaler (EIT),    Attn: Kathleen Golembiewski,    300 Wetzel Road,
                 Glenshaw, PA 15116-2280
13991098       +Scool District & Township of Shaler,    300 Wetzel Road,    Glenshaw, PA 15116-2280
14005844       +US Department of Education,    400 Maryland Avenue SW,    Washington, DC 20202-0001
14986225       +Wilmington Trust, National Association,    c/o Planet Home Lending,
                 321 Research Pkwy, Suite 303,    Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13991094       +E-mail/Text: ally@ebn.phinsolutions.com Apr 29 2020 03:21:49      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14005828        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 03:34:36      American InfoSource LP,
                 PO BOX 269093,    Oklahoma City, OK 73126-9093
14067398       +E-mail/Text: kburkley@bernsteinlaw.com Apr 29 2020 03:22:47       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14005834        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 29 2020 03:22:33      Jefferson Capital Systems, LLC,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
14005836       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 03:34:34       LVNV Funding LLC,
                 c/o RCS, LP,   15 South Main Street,    Greenville, SC 29601-2743
14073060        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 03:33:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14005839        E-mail/Text: ebn@vativrecovery.com Apr 29 2020 03:22:00      Palisades Acquisition IX, LLC,
                 c/o Viativ Recovery Solutions LLC,    PO Box 40728,    Houston, TX 77240-0728
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BMO Harris Bank, N.A.
cr              Duquesne Light Company
cr              Federal National Mortgage Association (FNMA)
cr              School District and Township of Shaler (EIT)
cr              Wilmington Trust, National Association, not in its
14005827*      +Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
14005832*      +FNMA,   14523 South Millikan Way,    Ste 200,   Beaverton, OR 97005-2352
14005835*      +KML LAW GROUP, PC,    Ste 5000,    BNY MELLON Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14005840*      +Peter Ashcroft, Esq.,    Bernstein Burkley,    707 Grant Street,    Ste 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
14005843*      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Seterus,      PO BOX 2008,    Grand Rapids, MI 49501-2008)
14005842*      +Scool District & Township of Shaler,    300 Wetzel Road,    Glenshaw, PA 15116-2280
```

```
District/off: 0315-2              User: jhel                 Page 2 of 3                    Date Rcvd: Apr 28, 2020
                                  Form ID: pdf900            Total Noticed: 31
```

14005837      ##M & I Bank,    11548 W. Theodore Trecker Way,    Milwaukee, WI 53214-1142

                                                                                    TOTALS: 5, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              David Z. Valencik    on behalf of Debtor James M. Boyle, Jr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Diane J. Boyle dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor James M. Boyle, Jr. dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Diane J. Boyle dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com,
               Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    BMO Harris Bank, N.A. jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Joshua I. Goldman    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               bkgroup@kmllawgroup.com
              Lorraine Gazzara Doyle    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com,
               diane@mvrlaw.com
              Mark B. Peduto    on behalf of Debtor James M. Boyle, Jr. mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
              Mark B. Peduto    on behalf of Joint Debtor Diane J. Boyle mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
              Michael J Shavel    on behalf of Creditor    Wilmington Trust, National Association, et al
               mshavel@hillwallack.com,   skenny@hillwallack.com;lharkins@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    School District and Township of Shaler (EIT)
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2          User: jhel              Page 3 of 3              Date Rcvd: Apr 28, 2020
                              Form ID: pdf900         Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 22