| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **James M. Boyle Jr.**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–3797**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Diane J. Boyle**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–2698**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **15–20364–GLT** | | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James M. Boyle Jr.                                        Diane J. Boyle

6/19/20                                                          **By the court:**   Gregory L. Taddonio
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Imaged Certificate of Notice   Page 3 of 5

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                   Case No. 15-20364-GLT
James M. Boyle, Jr.                                                      Chapter 13
Diane J. Boyle
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 3                  Date Rcvd: Jun 19, 2020
                              Form ID: 3180W              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db/jdb         +James M. Boyle, Jr.,    Diane J. Boyle,    3105 Deerwood Drive,    Allison Park, PA 15101-3937
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +Wilmington Trust, National Association, et al,    c/o Planet Home Lending, LLC,
                 321 Research Parkway,    Meriden, CT 06450-8301
14005829       +Amy F Doyle, Esq.,    204 Saint Charles Way,    Unit E #177,    York, PA 17402-4646
14005830       +Atlantic Credit & Finance Inc,    2727 Franklin Road,    Roanoke, VA 24014-1011
14007589       +BMO Harris Bank N.A.,    ATTN: BRK-180-RC,    770 N Water St,    Milwaukee WI 53202-0002
14700628        BMO Harris Bank, N.A.,    P.O. Box 2035,    Milwaukee, WI 53201-2035
13991095       +FNMA,   14523 South Millikan Way,    Ste 200,    Beaverton, OR 97005-2352
14076797       +Federal National Mortgage Association (FNMA),    Seterus Inc,    14523 SW Miliken Way,
                 Suite 200,    Beaverton, OR 97005-2352
14005833       +Frederic I Weinberg, Esq.,    1001 East Hector Street,    Suite 220,
                 Conshohocken, PA 19428-2395
13991096       +KML LAW GROUP, PC,    Ste 5000,    BNY MELLON Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14005838       +Midland Funding LLC,    4660 Trindle Road,    Camp Hill, PA 17011-5610
14017221       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13991097       +Peter Ashcroft, Esq.,    Bernstein Burkley,    707 Grant Street,    Ste 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
14005841       +Philip C Warholic, Esq,    Capozzi & Assoc, PC,    PO Box 5866,    Harrisburg, PA 17110-0866
13991099      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Seterus,    PO BOX 2008,    Grand Rapids, MI 49501-2008)
14004445       +School District and Township of Shaler (EIT),    Attn: Kathleen Golembiewski,    300 Wetzel Road,
                 Glenshaw, PA 15116-2280
13991098       +Scool District & Township of Shaler,    300 Wetzel Road,    Glenshaw, PA 15116-2280
14005844       +US Department of Education,    400 Maryland Avenue SW,    Washington, DC 20202-0001
14986225       +Wilmington Trust, National Association,    c/o Planet Home Lending,
                 321 Research Pkwy, Suite 303,    Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2020 03:51:16      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
13991094       +EDI: GMACFS.COM Jun 20 2020 07:23:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
14005828        EDI: AIS.COM Jun 20 2020 07:23:00      American InfoSource LP,    PO BOX 269093,
                 Oklahoma City, OK 73126-9093
14113263       +EDI: CHRM.COM Jun 20 2020 07:23:00      Chrysler Capital,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
14067398       +E-mail/Text: kburkley@bernsteinlaw.com Jun 20 2020 03:52:01      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14005831        EDI: ECMC.COM Jun 20 2020 07:23:00      ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14005834        EDI: JEFFERSONCAP.COM Jun 20 2020 07:23:00      Jefferson Capital Systems, LLC,    PO Box 7999,
                 Saint Cloud, MN 56302-9617
14005836       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:07:55      LVNV Funding LLC,
                 c/o RCS, LP,    15 South Main Street,    Greenville, SC 29601-2743
14073060        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:07:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14005839        E-mail/Text: ebn@vativrecovery.com Jun 20 2020 03:50:59      Palisades Acquisition IX, LLC,
                 c/o Viativ Recovery Solutions LLC,    PO Box 40728,    Houston, TX 77240-0728
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BMO Harris Bank, N.A.
cr              Duquesne Light Company
cr              Federal National Mortgage Association (FNMA)
cr              School District and Township of Shaler (EIT)
cr              Wilmington Trust, National Association, not in its
14005827*      +Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
14005832*      +FNMA,    14523 South Millikan Way,    Ste 200,    Beaverton, OR 97005-2352
14005835*      +KML LAW GROUP, PC,    Ste 5000,    BNY MELLON Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14005840*      +Peter Ashcroft, Esq.,    Bernstein Burkley,    707 Grant Street,    Ste 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
```

```
District/off: 0315-2              User: culy                Page 2 of 3                  Date Rcvd: Jun 19, 2020
                                  Form ID: 3180W            Total Noticed: 32


             ***** BYPASSED RECIPIENTS (continued) *****
14005843*       ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Seterus,   PO BOX 2008,   Grand Rapids, MI 49501-2008)
14005842*        +Scool District & Township of Shaler,   300 Wetzel Road,   Glenshaw, PA 15116-2280
14005837        ##M & I Bank,   11548 W. Theodore Trecker Way,   Milwaukee, WI 53214-1142
                                                                                  TOTALS: 5, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    Federal National Mortgage Association (FNMA)
               andygornall@latouflawfirm.com
              Brett A. Solomon     on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              David Z. Valencik    on behalf of Debtor James M. Boyle, Jr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Diane J. Boyle dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor James M. Boyle, Jr. dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Diane J. Boyle dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,  Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com,
               Michelle@mvrlaw.com
              James Warmbrodt     on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    BMO Harris Bank, N.A. jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              Joshua I. Goldman    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               jgoldman@kmllawgroup.com
              Lorraine Gazzara Doyle    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com,
               diane@mvrlaw.com
              Mark B. Peduto    on behalf of Debtor James M. Boyle, Jr. mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
              Mark B. Peduto    on behalf of Joint Debtor Diane J. Boyle mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
              Michael J Shavel    on behalf of Creditor    Wilmington Trust, National Association, et al
               mshavel@hillwallack.com,  skenny@hillwallack.com;lharkins@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
```

```
District/off: 0315-2          User: culy              Page 3 of 3            Date Rcvd: Jun 19, 2020
                              Form ID: 3180W          Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Peter J. Ashcroft   on behalf of Creditor   School District and Township of Shaler (EIT) pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

          Ronda J. Winnecour   on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com

          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

          TOTAL: 22